1 | Harry G. Lewis (SBN 157705)
  | Paul J. Byrne (SBN 190860)
2 | **CORNERSTONE LAW GROUP**
  | 575 Market Street, Suite 3050
3 | San Francisco, California  94105
  | (415) 974-1900 tel
4 | (415) 974-6433 fax
  | hlewis@cornerlaw.com
5 | pbyrne@cornerlaw.com

6 | Attorneys for Defendant and Cross-Complainant
  | SARA GULLICKSON

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DHAR MANN, | 3:15-cv-03630-MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SARA GULLICKSON; and DOES 1 through 10, Inclusive. | |
| Defendants. | |
| | |
| SARA GULLICKSON, | |
| Cross-Complainant, | |
| vs. | |
| DHARMINDER MANN and PATRICK CLARK | |
| Cross-Defendants. | |

Plaintiff Dhar Mann and Defendant Sara Gullickson (hereinafter the "Parties"), by and through their undersigned counsel, hereby enter into the following Stipulation:

WHEREAS, the Court issued a Case Management and Pretrial Order for Court Trial in the subject action on August 17, 2015 ("Pretrial Order") scheduling the Initial Case Management Conference for November 5, 2015;

WHEREAS, the Parties stipulated to mediate and the mediation is scheduled for November 3, 2015;

WHEREAS, the Parties contracts contain a provision requiring arbitration of disputes and counsel for the Parties have agreed to arbitrate their dispute if mediation is not successful.

THE PARTIES HEREBY AGREE AND STIPULATE to the following:

1. The Initial Case Management Conference is continued to December 17, 2015 at 10 a.m.

2. The deadlines for the Rule 26(f) Report, initial disclosures, and Case Management Statement are all continued to December 10, 2015.

Date: October 20, 2015         CORNERSTONE LAW GROUP

                               By:  /s/Harry G. Lewis
                                    Harry G. Lewis
                                    Attorneys for Defendant and Cross-Complainant
                                    SARA GULLICKSON

Date: October 20, 2015

                               By:  /s/Harvey W. Stein
                                    Harvey W. Stein
                                    Attorneys for Plaintiff and Cross-Defendant
                                    DHAR MANN

**IT IS SO ORDERED.**

Date: October 22, 2015         _____
                               Honorable Maria-Elena James
                               Northern District of California