1  HARVEY W. STEIN, (SBN 43725)
   LAW OFFICES OF HARVEY W. STEIN
2  A PROFESSIONAL CORPORATION
   1300 Clay Street, Suite 1050
3  Oakland, CA  94612
   Telephone:  (510) 763-6233
4  Facsimile:   (510) 832-1717

5  Attorney for Plaintiff/Cross-Defendant Dhar Mann

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHAR MANN, | Case No: 3:15-cv-03630-MEJ |
| Plaintiff, | Alameda County Superior Case No: RG15772975 |
| vs. | ***STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE*** AS MODIFIED |
| SARA GULLICKSON; and DOES 1 through 10, Inclusive. | |
| Defendants. | Honorable Kandis A. Westmore, Magistrate Judge |
| | Settlement Conference Date: June 29, 2016 |
| SARA GULLICKSON, an individual, | |
| Cross-Complainant, | |
| vs. | |
| DHARMINDER MANN, an individual, and PATRICK CLARK, an individual, | |
| Cross-Defendants. | |

Plaintiff and Cross-Defendant Dhar Mann, also known as Dharminder Mann and Defendant and Cross-Complainant Sara Gullickson (hereinafter the "Parties"), by and through their undersigned counsel, hereby enter into the following Stipulation:

1     WHEREAS, the Court scheduled the Settlement Conference for May 27, 2016 at 10:00 a.m.

    WHEREAS, counsel for Plaintiff, desires to attend his daughter's graduation ceremony on that date;

    WHEREAS, the Parties consent to reschedule the Settlement Conference to June 29, 2016 at 10:00 a.m., a date that the court has confirmed is available.

    THE PARTIES HEREBY AGREE AND STIPULATE to the following:

1. The Settlement Conference is continued to June 29, 2016 at ~~10:00~~ 11:00 a.m.
2. The Parties shall lodge their Settlement Conference Statements on June 14, 2016.

Date: May 9, 2016      LAW OFFICES OF HARVEY W. STEIN

By _____
HARVEY W. STEIN, Attorney for
Plaintiff/Counter-Defendant Dhar Mann

Date: May 9, 2016      CORNERSTONE LAW GROUP

By _____
HARRY G. LEWIS, Attorney for
Defendant/Cross-Complainant Sara Gullickson

**IT IS SO ORDERED:**

Date: 5/11/16      _____
Honorable Kandis A. Westmore, Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE      2 | P a g e