# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHAR MANN,<br><br>      Plaintiffs,<br><br>vs.<br><br>SARA GULLICKSON; and DOES 1-10, Inclusive,<br><br>      Defendants. | Case No. 3:15-cv-03630-MEJ<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL RYAN M. FERRELL AS COUNSEL FOR DEFENDANT WITH CONSENT** |

///

///

///

///

///

NEWPORT TRIAL GROUP

1  Having reviewed Defendant's Motion to Substitute Counsel, and the pleadings
2  and other papers on file in this action, the Court hereby finds that good cause exists to
3  and grants the Motion.
4      IT IS HEREBY ORDERED that:
5      Defendant's Motion to Substitute Counsel is GRANTED;
6
7      IT IS SO ORDERED.
8
9  DATED:__July 18_____, 2016  _____
10                                 Hon. Maria-Elena James
11                                 United States District Judge

NEWPORT TRIAL GROUP

- 1 -

[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL RYAN M. FERRELL AS COUNSEL FOR DEFENDANT WITH CONSENT